PAUL V. SIMPSON, BAR NO. 83878
LAURA E. INNES, BAR NO. 124259
JAMIE RUDMAN, BAR NO. 166727
SIMPSON, GARRITY & INNES
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA 94080
Telephone: (650) 615-4860
Fax: (650) 615-4861

Attorneys for Defendant
North Bay Construction, Inc.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH FURIA,<br><br>         Plaintiff,<br><br>   v.<br><br>NORTH BAY CONSTRUCTION, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No. C-06-05672 BZ<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

NOTICE IS HEREBY GIVEN, that pursuant to Federal Rules of Civil Procedure 41(a)(1), the Plaintiff and Defendant hereby stipulate to dismiss the above-captioned matter with prejudice.

Date: October 16, 2006

Respectfully submitted,

SIMPSON, GARRITY & INNES
Professional Corporation

By: _____
PAUL V. SIMPSON
Attorneys for Defendant
North Bay Construction, Inc.

Dated: October 31, 2006

PROVENCHER & FLATT, LLP

By: _____
GAIL F. FLATT
Attorneys for Plaintiff Joseph Furia

{CLIENT FILES\20949\3\00065495.DOC}

- 1 -

STIPULATION AND ORDER FOR DISMISSAL

## ORDER

Pursuant to the above stipulation, IT IS SO ORDERED.

Dated: 3 NV 06

_____
UNITED STATES DISTRICT COURT JUDGE

{CLIENT FILES\20949\3\00065495.DOC}

- 2 -

STIPULATION AND ORDER FOR DISMISSAL